# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK ADAMS,
               Appellant,

vs.

KATRINA HERRLING,
               Respondent.

No. 77036

**FILED**

DEC 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a decree of custody. Eighth Judicial District Court, Clark County; Gerald W. Hardcastle, Judge; Eighth Judicial District Court, Family Court Division, Clark County; Jennifer Elliott, Judge.

Our review of the documents before this court reveals a jurisdictional defect. The notice of appeal was filed after the filing of a timely tolling motion for a new trial but before that motion was formally resolved. *See* NRAP 4(a)(4)(D). Although the district court's September 5, 2018, order awards attorney fees related to the motion for a new trial, the order does not grant or deny the motion. It thus appears that the motion for new trial remains pending in the district court and this appeal is premature. *See* NRAP 4(a)(6). Accordingly, we conclude that we lack jurisdiction, *see id.* ("A premature notice of appeal des not divest the district court of jurisdiction."), and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-907624

cc: Chief Judge, The Eighth Judicial District Court
Hon. Gerald W. Hardcastle, Senior Judge
Robert W. Lueck, Ltd.
Kelleher & Kelleher, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A